■ WILLIAMS REAL ESTATE CO., INC., Appellant, et al., Plaintiff, v. SHELDON H. SOLOW et al., Respondents, et al., Defendant.— Order, Supreme Court, New York County, entered May 25, 1972, granting consolidation of the above actions, unanimously affirmed, without costs and without disbursements. Since one ground for opposing the consolidation was the apprehension that a preference granted in action No. 1 (*Williams* action) might be affected by the consolidation, we direct that the preference and position on the calendar of the *Williams* action shall continue and apply to the consolidated action. Concur — Nunez, J. P., Kupferman, Steuer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL EASLEY, Appellant.— Judgment, Supreme Court, Bronx County, rendered on March 2, 1971, unanimously affirmed. Concur — Stevens, P. J., McGivern, Nunez and McNally, JJ.; Murphy, J. concurs in the following memorandum: I concur solely on constraint of *People* v. *Gordian* (39 A D 2d 861).